IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:08-CV-559-RJC-DCK

| | |
|---|---|
| DIAGNOSTIC DEVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> TAIDOC TECHNOLOGY CORPORATION, <br><br> Defendant. | ORDER <br> GRANTING ADMISSION OF CELINE J. CROWSON TO PRACTICE <br> *PRO HAC VICE* |

**THIS CAUSE** having come before the Court on Motion of local counsel for Defendant Taidoc Technology Corporation for admission *pro hac vice* of Celine J. Crowson, and it appearing to the Court under Local Rule 83.1(D)(1) that Ms. Crowson should be admitted *pro hac vice* as representing Defendant Taidoc Technology Corporation.

**IT IS THEREFORE ORDERED** that the motion is granted and that Celine J. Crowson is admitted to practice before this Court *pro hac vice*.

Signed: January 28, 2009

_____
David C. Keesler
United States Magistrate Judge