# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## 3:08-cv-559

| | |
|---|---|
| **DIAGNOSTIC DEVICES, INC.,** )  | |
|     Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **TAIDOC TECHNOLOGY** ) | |
| **CORPORATION,** ) | |
|     Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction filed on February 3, 2009 (Doc. No. 15). A hearing is set for March 19, 2009.

**IT IS, THEREFORE, ORDERED** that the Defendant file its Response brief by **March 17, 2009.**

Signed: February 12, 2009

Robert J. Conrad, Jr.
Chief United States District Judge