UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08-cv-559

| DIAGNOSTIC DEVICES, INC., | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TAIDOC TECHNOLOGY CORPORATION, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on its own motion. Pursuant to Local Rule 83.1, the Court sent a notice to Anna Shaw on February 2, 2009 and to Joseph Raffetto on February 19, 2009, requiring the attorneys to register and be trained on ECF. Shaw and Raffetto failed to comply with the notices.

**IT IS THEREFORE ORDERED** that Shaw and Raffetto must register and be trained on ECF by March 15, 2009.

Signed: March 4, 2009

Robert J. Conrad, Jr.
Chief United States District Judge