IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No: 3:08-CV-559-RJC-DCK

| | |
|---|---|
| DIAGNOSTIC DEVICES, INC.,<br><br>                  Plaintiff,<br><br>v.<br><br>TAIDOC TECHNOLOGY CORPORATION,<br><br>                  Defendant. | ORDER<br>GRANTING ADMISSION OF HOLLY A. PIERSON TO PRACTICE<br>*PRO HAC VICE* |

**THIS CAUSE** having come before the Court on Motion of local counsel for Defendant Taidoc Technology Corporation for admission *pro hac vice* of Holly A. Pierson, and it appearing to the Court under Local Rule 83.1(D)(1) that Ms. Pierson should be admitted *pro hac vice* as representing Defendant Taidoc Technology Corporation.

**IT IS THEREFORE ORDERED** that the motion is granted and that Holly A. Pierson is admitted to practice before this Court *pro hac vice*.

Signed: May 28, 2009

_____
David C. Keesler
United States Magistrate Judge