IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO: 3:08-CV-559-RJC-DCK

| | |
|---|---|
| **DIAGNOSTIC DEVICES, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**TAIDOC TECHNOLOGY CORPORATION,**<br><br>Defendant. | **ORDER**<br>**GRANTING ADMISSION OF CINDY**<br>**CHANG TO PRACTICE**<br>*PRO HAC VICE* |

**THIS CAUSE** having come before the Court on Motion of local counsel for Defendant Taidoc Technology Corporation for admission *pro hac vice* of Cindy Chang, and it appearing to the Court under Local Rule 83.1(D)(1) that Ms. Chang should be admitted *pro hac vice* as representing Defendant Taidoc Technology Corporation.

**IT IS THEREFORE ORDERED** that the motion is granted and that Cindy Chang is admitted to practice before this Court *pro hac vice*.

Signed: October 29, 2009

David C. Keesler
United States Magistrate Judge