# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:08-CV-559-RJC-DCK

| | |
|---|---|
| **DIAGNOSTIC DEVICES, INC.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **TAIDOC TECHNOLOGY CORP.,** | ) |
| | ) |
| Defendant. | ) |

## ORDER GRANTING LEAVE TO FILE DOCUMENTS UNDER SEAL

**THIS MATTER IS BEFORE THE COURT** on Plaintiff Diagnostic Devices, Inc.'s ("DDI") "Motion To File Documents Under Seal" (Document No. 94), referring specifically to its Reply Brief in Support of DDI's Motion for Protective Order and supporting exhibits (collectively, the "Documents at Issue") pursuant to Rule 6.1 of the Rules of Practice and Procedure of the United States District Court for the Western District of North Carolina. After considering the motion, and it appearing that Defendant TaiDoc Technology Corp. ("TaiDoc") does not object to DDI filing the documents at issue under seal, it appears that this motion should be granted.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion To File Documents Under Seal" (Document No. 94) is **GRANTED**. The documents at issue shall be kept sealed unless and until the Court issues a protective order in this action and orders that the exhibits to DDI's Reply Brief in Support of its Motion for Protective Order should be de-designated and should not be treated as confidential or highly confidential.

Signed: March 15, 2010

David C. Keesler
United States Magistrate Judge